165 So. 914
**Ray Hartwell BURNS v. STATE.**
6 Div. 836.

Court of Appeals of Alabama.
Jan. 14, 1936.

SAMFORD, Judge.
Affirmed.

170 So. 916
**Grady BURROW v. STATE.**
8 Div. 424.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.

170 So. 916
**James BUSH v. STATE.**
4 Div. 296.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

169 So. 906
**Odie BUSBY v. STATE.**
8 Div. 335.

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Appeal dismissed.

169 So. 906
**Virgil BUSBY v. STATE.**
6 Div. 44.

Court of Appeals of Alabama.
June 30, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

171 So. 922
**Kreson BUTLER v. STATE.**
6 Div. 19.

Court of Appeals of Alabama.
Dec. 15, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed.

165 So. 914
**Renzo BUTTERWORTH v. STATE.**
7 Div. 189.

Court of Appeals of Alabama.
Jan. 21, 1936.

BRICKEN, Presiding Judge.
Affirmed.

173 So. 917
**James BYRD v. STATE.**
8 Div. 367.

Court of Appeals of Alabama.
Feb. 2, 1937.

Raymond Murphy, of Florence, for appellant.
A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Affirmed.